Christopher L. Radcliff 200313021
Name and Prisoner/Booking Number

Pima County Jail
Place of Confinement

PO Box 951
Mailing Address

Tucson Az 85702
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

<table>
<tr><td>FILED</td><td>LODGED</td></tr>
<tr><td>RECEIVED</td><td>COPY</td></tr>
</table>

FEB - 3 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Christopher L. Radcliff          )
(Full Name of Plaintiff)         )
      Plaintiff,     )
               )
     vs.                    )  CASE NO. ___CV-22-55-TUC-RM-PSOT___
               )  (To be supplied by the Clerk)
(1) Christopher Nanos Sheriff,   )
(Full Name of Defendant)         )
(2) Cheif of security "Unknown", )
               )  **CIVIL RIGHTS COMPLAINT**
(3) "Unkown" Cheif of Oppeations,)  **BY A PRISONER**
               )  JURY TRIAL DEMANDED
(4)_____,       )  ☑ Original Complaint
    Defendant(s).              )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )  ☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
      ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
      ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
      ☐ Other: _____.

2.   Institution/city where violation occurred: Pima County Jail    Tucson Az .

Revised 5/1/2013                    1                    **550/555**

## B. DEFENDANTS

1.  Name of first Defendant: _Christopher Nanos_. The first Defendant is employed as:
    _Sheriff and Cheif of Department_ at _Pima County Jail_.
    (Position and Title)                              (Institution)

2.  Name of second Defendant: _"Unknown"_. The second Defendant is employed as:
    _Cheif of Security_ at _Pima County Jail_.
    (Position and Title)                              (Institution)

3.  Name of third Defendant: _"Unknown"_. The third Defendant is employed as:
    _Cheif of Opperations_ at _Pima County Jail_.
    (Position and Title)                              (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____ at _____.
    (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☑ Yes     ☐ No

2.  If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _Radcliff_ v. _Dupnik et al._
        2.  Court and case number: _US District Court   District of Arizona_.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _Monetary Scattlment_.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __8th Amendment Cruel and Unusaul Punishment__

2. **Count I**. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   While being housed in 4.D pod inmates are housed in stripped cells and subjected to deteriouation of mental health as disciplinary. I was found guilty of a rule violation and senteneed to 30 days of disciplinary lock down and housed in a striped cell with a frosted window so I had no visual or mental stimulation and with my already having major mental health issues this was extreamly punishing. When I tried to explain this to a psyic ass. I was asked if I was going to kill my self and when I replied, "No" he said there was nothing he could do then. I was housed in 4.D from 12-19-21 to 1-21-22. I was advised that housing rules are ungrieveable and are put in place by the sheriff who then has the Cheifs of security and opperation train the staff to enforce them.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Deteriouration of mental health and further mental health issues

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was told this was a non grieve able issue.

3

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count II.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    - ☐ Basic necessities           ☐ Mail              ☐ Access to the court       ☐ Medical care
    - ☐ Disciplinary proceedings    ☐ Property          ☐ Exercise of religion      ☐ Retaliation
    - ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                          ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count II?         ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level? ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?    ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?    ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

_Money damages, Punitive Damages, and Injunctive Releaf_

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _1-14-22_                                    _____
                      DATE                                          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____

_____

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach
no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you
attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.