# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher L Radcliff,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Christopher Nanos, et al.,<br><br>　　　　Defendants. | NO. CV-22-00055-TUC-RM (P)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 9, 2022, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

Debra D. Lucas
District Court Executive/Clerk of Court

March 28, 2022

By   s/ M. Espinoza
     Deputy Clerk